**95–2448.** In re Turner. *Stark County,* No. 1994CA00366. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause consolidated with 95–2446, *infra;* briefing schedule stayed.

**95–2501.** State v. Johnston. *Franklin County,* No. 95APC06–695. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decision in 95–1377 and 95–1466, *State v. Gustafson,* Mahoning County, No. 94 C.A. 232; briefing schedule stayed; cause consolidated with 95–2430, *infra.*

**95–2506.** State v. Francis. *Warren County,* Nos. CA95–04–039, CA95–04–040 and CA95–05–050. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decision in 95–1377 and 95–1466, *supra;* briefing schedule stayed.

PFEIFER, J., dissents.

**95–2589.** State v. Mosley. *Franklin County,* No. 94APA12–1707. On motion for appointment of counsel. Motion denied.

**95–2653.** State v. Braxton. *Lucas County,* No. L–94–355. On motion for leave to file delayed appeal. Motion granted.

RESNICK, J., not participating.

**95–2670.** State v. Darrington. *Cuyahoga County,* No. 65588. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**96–30.** State v. Eves. *Warren County,* No. CA95–02–010. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decision in 95–1377 and 95–1466, *supra;* briefing schedule stayed.

**96–164.** Watson v. Miami Cty. Mun. Court. *Miami County,* No. 95CA71. This cause is pending before the court as an appeal from the Court of Appeals for Miami County. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied, effective January 30, 1996.

## DISCIPLINARY DOCKET

**89–355.** Columbus Bar Assn. v. Connors. This cause came on for further consideration upon the filing of an application for reinstatement by respondent, John J. Connors, Jr., Attorney Registration No. 0031717, last known address in Columbus, Ohio.

The court coming now to consider its order of March 10, 1995, wherein pursuant to Gov.Bar R. V(9)(K), the court confirmed the order of November 17, 1994, and ordered that respondent's probation continue to be revoked and the one-year suspension imposed against respondent on November 17, 1994 continue to be in effect, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A). Therefore,

IT IS ORDERED by the court that John J. Connors, Jr. be, and hereby is, reinstated to the practice of law in the state of Ohio, effective January 29, 1996.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

For earlier case, see *Columbus Bar Assn. v. Connors* (1995), 71 Ohio St.3d 1223, 646 N.E.2d 1119.